No. 87–5104.   GILBERT v. ALABAMA.   C. A. 11th Cir.   Certiorari denied.

No. 87–5108.   YOUNG v. HAWAII.   Sup. Ct. Haw.   Certiorari denied.

No. 87–5109.   BRAMLET v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 87–5110.   GAY v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 87–5111.   KENNARD v. ALABAMA.   Sup. Ct. Ala.   Certiorari denied.

No. 87–5112.   MALIK v. BALL ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 87–5113.   MALIK v. COSTELLO.   C. A. 2d Cir.   Certiorari denied.

No. 87–5114.   PENIX v. JAGO, SUPERINTENDENT, LONDON CORRECTIONAL INSTITUTION.   C. A. 6th Cir.   Certiorari denied.

No. 87–5116.   PERLAZA v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 87–5118.   ROTH v. PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 87–5119.   SEIGLER v. BAIR, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 87–5120.   VALENCIANO v. TEXAS.   Ct. App. Tex., 4th Dist.   Certiorari denied.

No. 87–5121.   LOVE v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 87–5123.   THOMAS v. HUMFIELD ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–5127.   DANIELS v. WOOD, WARDEN.   C. A. 8th Cir.   Certiorari denied.